Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
703-770-9261
krm@mccarthywhite.com
Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **************************************** * | | |
| In re: * | | |
| * | | |
| Sarah Ashley Williams, * | Case No.: 22-10430 | |
| * | (Chapter 7) | |
| Debtor(s) * | | |
| **************************************** * | | |

### WITHDRAWAL OF TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Kevin R. McCarthy, Trustee withdraws his previously filed response to the Motion For Relief From Automatic Stay filed by Freedom Mortgage Corporation. Despite efforts by a Williamsburg realtor, the Trustee has been unable to obtain the cooperation of the Debtor's former husband, who is co-owner of the subject property. This lack of cooperation substantially impairs the ability of the Trustee to sell the property and make a meaningful distribution to creditors. After consulting with a local realtor whom the Trustee expected to retain if the Debtor's former husband had cooperated, the Trustee has decided to declare this a no-asset case.

Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
703-770-9261
krm@mccarthywhite.com
Trustee

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2022, I served a copy of the foregoing through the court's ecf system on all registered ecf participants who have appeared in this case.

/s/ Kevin R. McCarthy
Kevin R. McCarthy